UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BONNIE DIXON-TRIBOU, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:20-cv-00379-NT |
| | ) | |
| DENIS MCDONOUGH | ) | |
| | ) | |
| DEFENDANT | ) | |

JUDGMENT

In accordance with the Order on the Parties' Motions for Summary Judgment issued on July 13, 2022, by U.S. District Judge Nancy Torresen, JUDGMENT is hereby entered for defendant Denis McDonough, against plaintiff Bonnie Dixon-Tribou, on all counts of the Complaint.

                                                    Christa K. Berry
                                                    Clerk of Court

By:

                                                    /s/ Stacey L. Graf
                                                    Stacey L. Graf
                                                    Deputy Clerk

Dated: July 13, 2022