# United States Court of Appeals
## For the First Circuit

_____

No. 22-1696

BONNIE DIXON-TRIBOU,

Plaintiff, Appellant,

v.

DENIS RICHARD MCDONOUGH,
Secretary, U.S. Department of Veterans Affairs,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: November 14, 2023

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Maine.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's summary judgment decision is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Bruce M. Merrill, Robert Fred Stone, Donald E. Clark, John G. Osborn, Andrew Kenney Lizotte, Benjamin M. Block, James D. Concannon